W. W. Durham & Co., Inc., an Illinois Corporation, Plaintiff-Appellee, v. Reliance Underground Construction Company, Inc., an Illinois Corporation, f/k/a Di Vito Construction Company, Defendant-Appellant.

Gen. No. 50,299.

First District, First Division.
January 31, 1966.

Neistein, Richman & Hauslinger, of Chicago (Arthur Abraham, of counsel), for appellant; Ruff and Grotefeld, William S. Grotefeld, John E. Guy and Leroy A. Swanson, of Chicago, for appellee. Opinion by JUSTICE BURMAN. Not to be published in full.